# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KENNETH CRAIN**
**ADC # 147861**                                                                           **PETITIONER**

v.                           No. 5:13-cv-341-DPM-HDY

**RAY HOBBS, Director, ADC**                                                       **RESPONDENT**

## ORDER

Opposed recommendation, № 14, adopted. FED. R. CIV. P. 72(b)(3).

Crain's objections, № 15, are overruled. Whether considered on the merits, or through a procedural-bar analysis, all Crain's claims fail.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 May 2014