## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KENNETH CRAIN**
**ADC # 147861**                                                       **PETITIONER**

v.                                    **No. 5:13-cv-341-DPM**

**RAY HOBBS, Director, ADC**                                     **RESPONDENT**

### JUDGMENT

Crain's petition for writ of habeas corpus, № 2, is dismissed with prejudice.  No certificate of appealability will issue because Crain has not made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).

_____
D.P. Marshall Jr.
United States District Judge

_____
15 May 2014