IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH CRAIN
ADC # 147861                                              PETITIONER

v.                              No. 5:13-cv-341-DPM

WENDY KELLEY, Director, ADC*                             RESPONDENT

## ORDER

Crain's motion for a certificate of appealability, № 21, is denied.
Crain's *Sasser* and actual innocence arguments don't warrant Rule 60(b)
relief; and this isn't a matter about which reasonable jurists would
disagree. № 20; 28 U.S.C. § 2253(c)(1)–(2); *Slack v. McDaniel*,
529 U.S. 473, 484 (2000). If Crain wants to appeal, then he must request
a certificate from the United States Court of Appeals for the Eighth
Circuit. 28 U.S.C. § 2253(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 July 2018

_____

*Wendy Kelley is the current director of the Arkansas Department
of Correction. The Court directs the Clerk to amend the docket. FED. R.
CIV. P. 25(d).